intelligible. Woodward, Jenks, Gaynor and Rich, JJ., concurred; Hooker, J., concurred in result.

James B. Fisher, Respondent, v. Ernestus Gulick and Minerva Colyer, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Ferdinando Gatto, Respondent, v. William W. Flannagan, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Lassar J. Grinberg, etc., Appellant, v. David Toback and Others, Respondents.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, as there was no evidence that the note sued upon was paid. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Daisy Hunt, Respondent, v. The Butterick Publishing Company, Limited, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Petition of Margaret I. Murphy, Appellant, to Compel the Payment of Petitioner's Claim against the Estate of Denis M. Hurley, Deceased. Mary H. Roach, as Administratrix, etc., of Denis M. Hurley, Deceased, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

E. Arthur Kavanagh and Grandin Norcross, Respondents, v. Katherine J. White, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Harry Lesnoff, Respondent, v. Samuel Gluck, Defendant, and Nathan Weiss, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Max Mayer, Appellant, v. Barnet Jacobson, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Catherine Mullin, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Gaynor and Miller, JJ., concurred; Jenks and Hooker, JJ., dissented on the ground that the verdict is against the weight of evidence.

Charles Place, Respondent, v. Stephen Morris and Others, Appellants, Impleaded with Elliott R. Smith, as Trustee under the Last Will and Testament of Charlotte E. Harries, Deceased, Defendant.— Order entered dismissing appeal on consent, without costs to either party.

Giuseppe B. Rini, Respondent, v. Enrico V. Pescia, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Joseph Schlegel and Others, Appellants, v. The Roman Catholic Church of The Most Holy Trinity, in Montrose Avenue, Brooklyn, Respondent, and Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor and Miller, JJ., concurred; Jenks, J., dissented.